# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| RICHARD P. MEABON | Case Number: DNCW315-CR-00184-001 |
| | USM Number: 30351-058 |
| | Christopher C. Fialko |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1
☐ pleaded guilty to violation(s)
☐ pleaded not guilty to count(s)
☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 18:401(3) | Criminal Contempt | 2/23/2010 | 1 |

☐ Counts(s) (is)(are) dismissed on the motion of the United States.
☐ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to:

**IMPOSITION OF SENTENCE:**
SIXTY (60) DAYS IMPRISONMENT and $10 ASSESSMENT
Report to US Marshal in Charlotte by Friday, September 4, 2015

Date of Imposition of Sentence: 8/26/2015

Signed: August 31, 2015

_____
David C. Keesler
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal